**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND - DETROIT AND VICINITY; AND TRUSTEES OF THE CARPENTERS' VACATION FUND - DETROIT AND VICINITY, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

    Plaintiffs,

vs.

Case No. 05-74310
Hon. George Caram Steeh

HAVANA CONSTRUCTION, L.L.C., a Michigan limited liability company, and IAN WALTER, an individual, jointly and severally,

    Defendants.
_____/

## **CONTEMPT ORDER**

At a session of said Court held
in the City of Detroit, Michigan
on:  August 22, 2006.

PRESENT: Hon.  GEORGE CARAM STEEH
U.S. District Court Judge

THIS MATTER CAME before the Court on Plaintiffs' Motion to Show Cause Against Defendant. The Court, being fully advised in the premises, finds that:

1.    On June 24, 2006, at 2:00 p.m., Defendant Ian Walter, individually and as resident agent/owner of Defendant Havana Construction, L.L.C., was ordered to SHOW CAUSE, in person, why he should not be held in contempt of Court, compelled to produce Defendant's books and records, and arrested by the United States Marshal Service for failure to comply with the Court's order.

2. After Plaintiffs Re-Noticed the Show Cause Hearing pursuant to this Court's instruction, on August 21, 2006, at 11:30 a.m., Defendant Ian Walter, individually and as resident agent/owner of Defendant Havana Construction, L.L.C., was ordered to once again, SHOW CAUSE, in person, why he should not be held in contempt of Court, compelled to produce Defendant's books and records, and arrested by the United States Marshal Service for failure to comply with the Court's order.

3. Defendant Ian Walter, individually and as owner/resident agent of Defendant Havana Construction, L.L.C., failed to appear for both Show Cause hearings.

4. Defendant Ian Walter, individually and as owner/resident agent of Defendant Havana Construction, L.L.C., received service, and acknowledged notice of said hearing dates, to Plaintiffs' counsel/

5. As of today's date, the amount left owing upon the April 25, 2006, Default Judgment is $100,018.06.

ACCORDINGLY, IT IS HEREBY ORDERED THAT Defendant Ian Walter, individually and as owner/resident agent of Defendant Havana Construction, L.L.C., shall be found in contempt of court.

IT IS FURTHER ORDERED that Defendant Ian Walter, individually and as owner/resident agent of Defendant Havana Construction, L.L.C., shall be required to contact Plaintiff's counsel on or before September 8, 2006, regarding the scheduling of a creditor's examination, and further, shall appear for same, as required by the relevant subpoena, on or before September 15, 2006.

IT IS FURTHER ORDERED that if Defendants fail to comply with this Contempt Order, a Bench Warrant shall be issued for same.

Dated: 8/22/06

s/George Caram Steeh
**U.S. DISTRICT COURT JUDGE**